UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 16-cv-113

| | | |
|---|---|---|
| STEPHEN IANDOLO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF REMOVAL TO FEDERAL** |
| CITY OF HICKORY, NORTH | ) | **COURT** |
| CAROLINA, CITY OF HICKORY | ) | |
| POLICE DEPARTMENT, OFFICER | ) | |
| ANDREW J. ROBISON, AND OFFICER | ) | |
| KONGPHENG LO, | ) | |
| | ) | |
| Defendants. | ) | |

PLEASE TAKE NOTICE that Defendants, by and through undersigned counsel of record, Cranfill Sumner & Hartzog LLP, respectfully remove above-captioned action from the Catawba County Superior Court, North Carolina, to the United States District Court for the Western District of North Carolina, Statesville Division, pursuant to 28 U.S.C. §1331, §1367 and §1441.

In support of this *Notice of Removal to Federal Court*, the Defendants show this Court the following:

1. On or about May 14, 2014, Plaintiff filed a civil action against the Defendants in the General Court of Justice for the Superior Court Division of Catawba County, North Carolina, captioned STEPHEN IANDOLO v. CITY OF HICKORY, NORTH CAROLINA, CITY OF HICKORY POLICE DEPARTMENT, OFFICER ANDREW J. ROBISON, AND OFFICER KONGPHENG LO,  Civil Action Number 14-CVS-1160.  On or about September 29, 2014,

501181 v1

Plaintiff filed an Amended Complaint adding an additional cause of action. A copy of all process, pleadings, and orders served upon Defendants is attached hereto as *Exhibit A*.

2. On or about March 2, 2106, Plaintiff filed a Motion for Leave of Court to Amend Complaint and an Amendment to Complaint. Plaintiff's Motion was granted on March 7, 2016. Therefore, this *Notice of Removal to Federal Court* is being filed within thirty (30) days from the date of the Amendment to Complaint. A copy of said Amendment is included in *Exhibit A*.

3. In the Amendment to Complaint, Plaintiff has added additional causes of action against Defendants, including a claim that the defendant officers used excessive force against the plaintiff in violation of the Fourth Amendment and 42 U.S.C. § 1983.

4. In that the above-entitled action involves a civil suit for damages arising under the under the Constitution and the Federal statute enumerated above, this case involves federal questions and federal jurisdiction is therefore founded upon 28 U.S.C. § 1331 and is removable to federal court pursuant to 28 U.S.C. § 1441. Further this Court has supplemental jurisdiction over the state claims pursuant to 28 U.S.C. § 1367.

5. Based on federal question jurisdiction, defendants contend that the aforesaid state actions may be removed by the defendants pursuant to 28 U.S.C. § 1441. Therefore, Defendants file this *Notice of Removal to Federal Court* and respectfully request that this action be removed from Catawba County Superior Court, North Carolina, where it is now pending, to the United States District Court for the Western District of North Carolina, Statesville Division.

6. A copy of this Notice of Removal has been served for filing in the office of Clerk of Superior Court of Catawba County, North Carolina, as shown by the Notice attached hereto as *Exhibit B*.

WHEREFORE, the Defendants pray that this action be removed from the Superior Court of Catawba County, North Carolina, to the United States District Court for the Western District of North Carolina, Statesville Division. A copy of the *Notice of Removal to Federal Court* electronically filed with the federal court today is attached hereto as *Exhibit A*.

This the 7th day of March, 2016.

CRANFILL SUMNER & HARTZOG, LLP

BY: _\s\Patrick H. Flanagan_____
Patrick H. Flanagan, N.C. Bar #17407
Attorneys for Defendants
Post Office Box 30787
Charlotte, North Carolina 28230
Telephone (704)332-8300
Facsimile (704) 332-9994
pflanagan@cshlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 25th, 2008, I electronically filed the foregoing *Notice of Removal to Federal Court* with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following:

Keith Rigsbee
keith@starneslawfirm.com


This the 7th day of March, 2016.


CRANFILL SUMNER & HARTZOG, LLP


BY:  \s\Patrick H. Flanagan
Patrick H. Flanagan, N.C. Bar #17407
Attorneys for Defendants
Post Office Box 30787
Charlotte, North Carolina 28230
Telephone (704)332-8300
Facsimile (704) 332-9994
pflanagan@cshlaw.com